

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 05-21669-C-7 |
| GUST KEPREOS and LINDA KEPREOS, | Adversary No. 05-2228 |
| Debtor(s). | |
| KIMBERLY R. OLSON, | |
| Plaintiff(s), | |
| v. | |
| GUST KEPREOS and LINDA KEPREOS, | |
| Defendant(s). | |

FILED

SEP 16 2005

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM DECISION**

This court has carefully considered the record, including the response to the Order To Show Cause issued by this court on August 18, 2005.

The judgment that the plaintiff wishes to be excepted from discharge specifically excludes Gust Kepreos as a judgment debtor. Rather, it is a judgment against Cove Mobile Villa and no one else. Accordingly, it is not a debt of the debtor, and this adversary proceeding will be dismissed.

An appropriate order will issue.

Dated: September 16, 2005.

_____
UNITED STATES BANKRUPTCY JUDGE



**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Kimberly R. Olson
6431 Old Hwy 99 #50
Yreka, CA 96097

Gust Kepreos
6431 Old 99 Hwy
Yreka, CA 96297

Linda Ann Kepreos
6431 Old 99 Hwy
Yreka, CA 96297

Dated: SEP 1 9 2005

_____
DEPUTY CLERK